IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS J. GIORDANO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-277 |
| | : | |
| THE UNIFIED JUIDICAL SYSTEM OF PENNSYLVANIA, et al. | : | |

# **ORDER**

AND NOW, this 2nd day of February, 2022, upon consideration of Plaintiff Francis Giordano's Motion to File a Third Amended Complaint (ECF Doc. No. 38), Defendants' Oppositions (ECF Docs. Nos. 42, 43), Giordano's Reply (ECF Doc. No. 44) and the January 12, 2022 Oral Argument, it is hereby ORDERED that the Motion (ECF Doc. No. 38) is DENIED.

A memorandum is attached.

BY THE COURT:

　/s/ Juan R. Sánchez　　
Juan R. Sánchez, C.J.